Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−14207−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Digna I Frink
   95 Brown Place
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−1096

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 21, 2022.

Dated: July 21, 2022
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14207-RG |
| Digna I Frink | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2022 | Form ID: plncf13 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Digna I Frink, 95 Brown Place, Jersey City, NJ 07305-4703 |
| 519622545 | + | EQUIANT/THOUSAND TRAILS, ATTN: BANKRUPTCY, 500 N JUNIPER DR, STE 100, CHANDLER, AZ 85226-2525 |
| 519622548 | + | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |
| 519622549 | + | Jersey Advanced MRI & Diagnostics, 2127 Kennedy Blvd North, North Bergen, NJ 07047-2018 |
| 519622553 | + | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519622554 | + | Michael Harris Attorney At Law, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 519622556 | | NJ Medical and Health Associates, DBA Carepoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 519622557 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519622542 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 21 2022 20:40:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519629173 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 21 2022 20:40:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519622544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2022 20:40:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519622546 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 21 2022 20:40:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519622547 | ^ | MEBN | Jul 21 2022 20:36:08 | FIRST CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 55 3 SKILES AVE, PISCATAWAY, NJ 08855-0055 |
| 519622550 | | Email/Text: ebn@rwjbh.org | Jul 21 2022 20:40:00 | Jersey City Medical Center, 355 Grand Avenue, Jersey City, NJ 07302-4321 |
| 519622552 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2022 20:39:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519622555 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 21 2022 20:46:01 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO |

| | | | |
|---|---|---|---|
| | | | BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519647013 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2022 20:46:04 | Portfolio Recovery Associates, LLC, c/o AVENUE, POB 41067, Norfolk, VA 23541 |
| 519646807 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2022 20:46:28 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519622543 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519622551 | * | Jersey City Medical Center, 355 Grand Avenue, Jersey City, NJ 07302-4321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Digna I Frink ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4