Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 22−14207−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Digna I Frink
    95 Brown Place
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−1096

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/22 at 10:00 AM

to consider and act upon the following:

28 − Certification in Opposition to (related document:26 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 10/13/2022. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Digna I Frink. (Low, Russell)

Dated: 10/13/22

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court