UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Digna I. Frink

Case No.: __22-14207__  
Chapter: __13__  
Judge: __RG__

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Digna I. Frink_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __December 04, 2024__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, __50 Walnut Street, 3rd Floor Newark, N.J. 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury

Pertinent terms of settlement:  
The gross settlement is $20,000.00.  
Expenses total $107.45  
The debtor's special counsel will receive a fee of $6,630.85  
Bankruptcy Counsel Fee $750.00  
Net proceeds in the amount of $12,511.70

Objections must be served on, and requests for additional information directed to:

Name: Russell L. Low

Address: 505 Main Street Suite 304 Hackensack, NJ 07601

Telephone No.: 201-343-4040

*rev.8/1/15*