**ATTORNEYS AT LAW**

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ♦
MICHAEL B. ZERRES ♦
JOHN E. MOLINARI ♦
MITCHELL J. MAKOWICZ, JR. ♦
JEFFREY J. ZENNA ♦
KENNETH W. ELWOOD ♦
HARRIS S. FELDMAN ♦
RICHARD J. VILLANOVA ♦
NORBERTO A. GARCIA ♦
ABRAHAM N. MILGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL

**OF COUNSEL**
RONALD P. GOLDFADEN
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
DAVID M. FRIED ♦
FREDERICK D. MICELI ♦

♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

**BLUME FORTE FRIED ZERRES & MOLINARI**

A PROFESSIONAL CORPORATION

ONE MAIN STREET
CHATHAM, NJ 07928-0924

WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ
NORTH BERGEN, NJ
SEA GIRT, NJ

November 7, 2024

**VIA EMAIL kasandra.m@lowbankruptcy.com &
REGULAR MAIL**
*Joslyn Gambuti,* Legal Assistant
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07601

   RE: Digna Frink, et al. vs. Borst
    Docket No.: HUD-L-751-23

Dear Ms. Gambuti:

  Kindly accept this letter in furtherance of my letter to your office dated December 18, 2023. At that time, I reported that Digna Frink's injuries were subject to Limitation on Lawsuit Threshold and the insurance company for the defendant had assessed her claim as a "no-pay". Accordingly, I informed you of my office's intention of dismissing Digna Frink's personal injury claim.

  Several months later, the insurance company changed their position and offered to settle Mrs. Frink's claims for $20,000.00. Mrs. Frink has not received any settlement money as of yet since we are awaiting the results of the Motion to Approve Settlement. I hope this letter serves as assistance for Mrs. Frink's Motion.

           Very truly yours,

           RICHARD J. VILLANOVA

/ds