UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Digna I. Frink | Case No.: 22-14207<br>Chapter: 13<br>Judge: RG |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Digna I. Frink_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __December 04, 2024__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, __50 Walnut Street, 3rd Floor Newark, N.J. 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury

Pertinent terms of settlement:
The gross settlement is $20,000.00.
Expenses total $107.45
The debtor's special counsel will receive a fee of $6,630.85
Bankruptcy Counsel Fee $750.00
Net proceeds in the amount of $12,511.70

Objections must be served on, and requests for additional information directed to:

Name: Russell L. Low

Address: 505 Main Street Suite 304 Hackensack, NJ 07601

Telephone No.: 201-343-4040

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14207-RG |
| Digna I Frink | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 05, 2024 | Form ID: pdf905 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Digna I Frink, 95 Brown Place, Jersey City, NJ 07305-4703 |
| sp | + | Norberto A. Garcia, Blume, Forte, Fried, Zerres, & Molinari, 26 Journal Square, Suite 603, Jersey City, NJ 07306-4104 |
| 519622548 | #+ | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |
| 519622549 | + | Jersey Advanced MRI & Diagnostics, 2127 Kennedy Blvd North, North Bergen, NJ 07047-2018 |
| 519622554 | + | Michael Harris Attorney At Law, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 519622556 | | NJ Medical and Health Associates, DBA Carepoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Nov 05 2024 20:33:40 | Liberty Savings Federal Credit Union, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519622542 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 05 2024 20:37:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519629173 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 05 2024 20:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519622544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2024 20:37:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519622545 | ^ | MEBN | Nov 05 2024 20:32:53 | EQUIANT/THOUSAND TRAILS, ATTN: BANKRUPTCY, 500 N JUNIPER DR, STE 100, CHANDLER, AZ 85226-2525 |
| 519622546 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 05 2024 20:38:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519622547 | ^ | MEBN | Nov 05 2024 20:32:24 | FIRST CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 55 3 SKILES AVE, PISCATAWAY, NJ 08855-0055 |
| 519622550 | | Email/Text: ebn@rwjbh.org | Nov 05 2024 20:38:00 | Jersey City Medical Center, 355 Grand Avenue, Jersey City, NJ 07302-4321 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 519622552 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2024 20:36:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519622553 | ^ | MEBN | Nov 05 2024 20:33:40 | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519622555 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 05 2024 20:39:01 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519668922 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 05 2024 20:50:08 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519622557 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:50:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519647013 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:38:53 | Portfolio Recovery Associates, LLC, c/o AVENUE, POB 41067, Norfolk, VA 23541 |
| 519646807 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:40:01 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519622543 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519622551 | * | Jersey City Medical Center, 355 Grand Avenue, Jersey City, NJ 07302-4321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: pdf905 | Total Noticed: 23 |

Russell L. Low
    on behalf of Debtor Digna I Frink ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5