**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**

**Order Filed on December 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Digna I. Frink | : | CASE NO. 22-14207 |
| | : | HONORABLE ROSEMARY GAMBARDELLA |
| Debtor (s) | : | Hearing Date:  December 04, 2024 at 10:00 a.m. |

_____
**ORDER TO APPROVE AND DISBURSE SETTLEMENT**
_____

      The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: December 9, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Digna I. Frink
Case No. 22-14207 - RG
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's personal injury case, the Court having examined the evidence presented, and for good cause shown, **IT IS HEREBY**

**ORDERED** that the Bankruptcy Court approve the gross settlement of $20,000.00 and the below disbursements.

**ORDERED** that special counsel, Blume Forte Fried Zerres & Molinari will receive a fee of $6,630.85.

**ORDERED** that $107.45 be disbursed as per settlement statement.

**ORDERED** that the $750.00 fee be disbursed to the debtor's bankruptcy counsel, Russell L. Low, Esq. for services rendered in relation to this motion.

**ORDERED** that after all above-mentioned parties are paid, the remaining net proceeds in the amount of $12,511.70 shall be disbursed to the debtor, Digna I. Frink.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14207-RG |
| Digna I Frink | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Digna I Frink, 95 Brown Place, Jersey City, NJ 07305-4703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Russell L. Low | on behalf of Debtor Digna I Frink ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5