Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 7, 2025

#### Chapter 13 Case # 22-14207

Re: DIGNA I FRINK
95 BROWN PLACE
JERSEY CITY, NJ  07305

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/07/2022 | $253.00 | 27838837091 | 07/06/2022 | $253.00 | 28271009632 |
| 08/08/2022 | $253.00 | 27467353361 | 09/08/2022 | $253.00 | 27467351616 |
| 10/05/2022 | $253.00 | 28443107013 | 11/08/2022 | $253.00 | 28493877690 |
| 12/08/2022 | $253.00 | 28443187978 | 01/10/2023 | $253.00 | 28450759061 |
| 02/07/2023 | $253.00 | 28594981440 | 03/07/2023 | $253.00 | 28607055287 |
| 04/11/2023 | $253.00 | 28670635618 | 06/06/2023 | $253.00 | 28883300962 |
| 07/12/2023 | $253.00 | 28717839077 | 08/09/2023 | $253.00 | 28717737895 |
| 09/06/2023 | $253.00 | 28883371432 | 10/10/2023 | $253.00 | 28399913144 |
| 11/08/2023 | $253.00 | 28785009690 | 01/08/2024 | $253.00 | 29093459512 |
| 01/08/2024 | $253.00 | 29093459501 | 01/09/2024 | $253.00 | 29093446664 |
| 02/13/2024 | $253.00 | 29093415221 | 03/07/2024 | $253.00 | 29093482383 |
| 04/10/2024 | $253.00 | 29376208901 | 06/06/2024 | $253.00 | 29376228330 |
| 06/11/2024 | $253.00 | 28728233291 | 07/09/2024 | $253.00 | 29432159842 |
| 08/13/2024 | $253.00 | 29432168190 | 09/16/2024 | $253.00 | 29432174804 |
| 10/16/2024 | $253.00 | 29570956031 | 11/22/2024 | $253.00 | 29376224820 |
| 11/22/2024 | $253.00 | 29376224831 | 01/21/2025 | $253.00 | 29638972236 |
| 02/19/2025 | $253.00 | 29638917022 | 02/19/2025 | $253.00 | 29638917033 |
| 04/15/2025 | $235.00 | 29699595843 | 05/13/2025 | $253.00 | 29758164254 |
| 06/11/2025 | $253.00 | 29432169538 | | | |

**Total Receipts: $9,343.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,343.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 569.46 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 5,350.00 | 100.00% | 5,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 22-14207

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | EQUIANT/THOUSAND TRAILS | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | FINGERHUT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | FIRST CREDIT SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | HUDSON RIVER RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | JERSEY ADVANCED MRI & DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 658.04 | 100.00% | 658.04 | 0.00 |
| 0011 | MIDFIRST BANK | MORTGAGE ARR | 1,641.37 | 100.00% | 1,641.37 | 0.00 |
| 0013 | NJ MEDICAL AND HEALTH ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 303.14 | 100.00% | 303.14 | 0.00 |
| 0017 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 390.53 | 100.00% | 390.53 | 0.00 |

**Total Paid: $8,912.54**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LIBERTY SAVINGS FEDERAL CREDIT UNION | | | | | | | |
| | 10/21/2024 | $32.67 | 935076 | | 11/18/2024 | $144.83 | 936537 |
| | 12/16/2024 | $46.06 | 937926 | | 02/10/2025 | $144.83 | 940698 |
| | 03/17/2025 | $289.65 | 942110 | | 05/12/2025 | $134.52 | 945004 |
| | 06/03/2025 | ($134.52) | 945004 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 02/12/2024 | $210.16 | 923591 | | 04/15/2024 | $65.52 | 926485 |
| | 05/10/2024 | $232.76 | 927919 | | 07/15/2024 | $465.52 | 930803 |
| | 08/19/2024 | $240.35 | 932256 | | 09/16/2024 | $240.35 | 933679 |
| | 10/21/2024 | $186.71 | 935120 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/21/2024 | $11.81 | 8004295 | | 10/21/2024 | $9.17 | 8004295 |
| | 11/18/2024 | $40.64 | 8004336 | | 11/18/2024 | $52.35 | 8004336 |
| | 12/16/2024 | $16.66 | 8004376 | | 12/16/2024 | $12.92 | 8004376 |
| | 02/10/2025 | $40.64 | 8004458 | | 02/10/2025 | $52.35 | 8004458 |
| | 03/17/2025 | $104.71 | 8004499 | | 03/17/2025 | $81.28 | 8004499 |
| | 05/12/2025 | $37.75 | 8004579 | | 05/12/2025 | $48.63 | 8004579 |
| | 06/16/2025 | $104.02 | 8004619 | | 06/16/2025 | $80.74 | 8004619 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: August 07, 2025.

Receipts: $9,343.00    -    Paid to Claims: $2,993.08    -    Admin Costs Paid: $5,919.46    =    Funds on Hand: $430.46

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($430.46)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.