**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Digna I Frink** | Social Security number or ITIN   xxx–xx–1096 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  22–14207–TBA | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Digna I Frink

9/18/25

**By the court:** <u>MARK E HALL</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 22-14207-TBA

Digna I Frink                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Digna I Frink, 95 Brown Place, Jersey City, NJ 07305-4703 |
| sp | + | Norberto A. Garcia, Blume, Forte, Fried, Zerres, & Molinari, 26 Journal Square, Suite 603, Jersey City, NJ 07306-4104 |
| 519622549 | + | Jersey Advanced MRI & Diagnostics, 2127 Kennedy Blvd North, North Bergen, NJ 07047-2018 |
| 519622556 | | NJ Medical and Health Associates, DBA Carepoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 18 2025 20:44:51 | Liberty Savings Federal Credit Union, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519622542 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 18 2025 20:51:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519629173 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 18 2025 20:51:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519622544 | + | EDI: WFNNB.COM | Sep 19 2025 00:31:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519622545 | ^ | MEBN | Sep 18 2025 20:43:42 | EQUIANT/THOUSAND TRAILS, ATTN: BANKRUPTCY, 500 N JUNIPER DR, STE 100, CHANDLER, AZ 85226-2525 |
| 519622546 | + | EDI: BLUESTEM | Sep 19 2025 00:31:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519622547 | ^ | MEBN | Sep 18 2025 20:43:52 | FIRST CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 55 3 SKILES AVE, PISCATAWAY, NJ 08855-0055 |
| 519622550 | | Email/Text: ebn@rwjbh.org | Sep 18 2025 20:51:00 | Jersey City Medical Center, 355 Grand Avenue, Jersey City, NJ 07302-4321 |
| 519622552 | + | EDI: CAPITALONE.COM | Sep 19 2025 00:31:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 22

| | | | | |
|---|---|---|---|---|
| | | | | ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519622553 | ^ | MEBN | Sep 18 2025 20:44:51 | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519622555 | + | EDI: AISMIDFIRST | Sep 19 2025 00:31:00 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519622554 | + | Email/Text: info.mh@mhcollections.com | Sep 18 2025 20:51:00 | Michael Harris Attorney At Law, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 519668922 | + | EDI: AISMIDFIRST | Sep 19 2025 00:31:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519622557 | | EDI: PRA.COM | Sep 19 2025 00:31:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519647013 | | EDI: PRA.COM | Sep 19 2025 00:31:00 | Portfolio Recovery Associates, LLC, c/o AVENUE, POB 41067, Norfolk, VA 23541 |
| 519646807 | | EDI: PRA.COM | Sep 19 2025 00:31:00 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519622543 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519622551 | * | Jersey City Medical Center, 355 Grand Avenue, Jersey City, NJ 07302-4321 |
| 519622548 | ##+ | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Michael R. DuPont

on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Russell L. Low

on behalf of Debtor Digna I Frink ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7